# MATTHEW J. KLUGER
ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

June 7, 2021

By ECF
Hon. J. Paul Oetken
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    **United States v. Felix Rodriguez**
              **21 Cr. 361 (JPO)**

Dear Judge Oetken,

     I represent Felix Rodriguez in this matter. Bail in this case was set by Magistrate Judge Debra C. Freeman at Mr. Rodriguez's initial appearance held on March 31, 2021. Among other things, the agreed upon conditions of release included a $100,000 PRB to be signed by *three* financially responsible individuals (FRP'S), travel limited to the SDNY/EDNY and home detention with electronic monitoring.

     The defense writes now, with the consent of AUSA Rebecca Dell, to modify the conditions of release by requiring that the PRB be signed by *two* FRP's, rather than three.[1]

     Thank you.

                                                  Respectfully Submitted,

                                                 /s/ *Matthew J. Kluger*
                                                 Matthew J. Kluger, Esq.

cc:    AUSA's Rebecca Dell and Jun Xiang
        Pretrial Services Officer Josh Rothman (email)

> Granted.
> So ordered.
> June 7, 2021

---

[1] The two required FRP's have already signed the bond.

_____
J. PAUL OETKEN
United States District Judge