# MATTHEW J. KLUGER
## ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

September 7, 2021

By ECF
Hon. J. Paul Oetken
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

   Re: **United States v. Felix Rodriguez**
      **21 Cr. 361 (JPO)**

Dear Judge Oetken,

 I represent Felix Rodriguez in the above-referenced matter. A pretrial conference in this matter is scheduled for tomorrow morning at 10:30 a.m. Mr. Rodriguez has not been feeling well and is currently under the care of several different physicians. Defense counsel will be present in court in-person. However, the defense respectfully requests that Mr. Rodriguez himself be permitted to appear at the conference telephonically.

 Thank you.

Respectfully Submitted,

/s/ *Matthew J. Kluger*
Matthew J. Kluger, Esq.

cc: AUSA's Rebecca Dell and Jun Xiang

> Granted. Defendant is directed to dial into the proceeding using the following number: (888) 557-8511; access code 9300838.
>  So ordered: 9/8/2021

_____
J. PAUL OETKEN
United States District Judge