UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| vs. | : | ORDER |
| | : | |
| FELIX RODRIGUEZ, | : | **21 Cr. 361 (JPO)** |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

Upon the application of the defendant Felix Rodriguez, by and through his counsel, Matthew J. Kluger, Esq., and good cause having been demonstrated, it is hereby

**ORDERED** that pursuant to 18 U.S.C. § 4241(b) a forensic psychiatric examination of Mr. Rodriguez shall be conducted to determine his mental competency and ability to understand the nature and consequences of the proceedings against him and to assist properly in his defense, and that a report of such examination shall be provided to the Court, the defense, and the Government; and

The examination shall be conducted by Dr. Leo Shea, or, if Dr. Shea becomes unavailable, another qualified expert.

Dated: New York, N.Y.
       November 9, 2021                **SO ORDERED**

_____
J. PAUL OETKEN
United States District Judge