# MATTHEW J. KLUGER
## ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

February 13, 2022

By ECF
Hon. J. Paul Oetken
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   **United States v. Felix Rodriguez**
         **21 Cr. 361 (JPO)**

Dear Judge Oetken,

I represent Felix Rodriguez in the above-referenced matter. A pretrial conference in this matter is scheduled for this Tuesday, February 13, 2022, at 3:00 p.m. As the Court may recall, the defense has retained the services of neuropsychologist Dr. Leo Shea to evaluate Mr. Rodriguez's competency and prepare a report of his findings. Dr. Shea has met with Mr. Rodriguez on three separate occasions and has completed extensive testing and evaluation. However, he is still awaiting the receipt of some additional medical records so that he can finalize his report. Accordingly, the defense respectfully requests that the status conference be adjourned for 30-days.

In view of the above, and in the interests of justice, the defense has no objection to the exclusion of time under the Speedy Trail Act. The Government, through AUSA Rebecca Dell has no objection to this request.

Granted.  The February 15, 2022 pretrial conference is adjourned to March 15, 2022, at 3:30 pm.  The Court hereby excludes time through March 15, 2022, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
  So ordered:
  2/14/2022

Respectfully Submitted,

/s/ *Matthew J. Kluger*
Matthew J. Kluger, Esq.

J. PAUL OETKEN
United States District Judge