# MATTHEW J. KLUGER
### ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

March 12, 2022

By ECF
Hon. J. Paul Oetken
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

        Re:    **United States v. Felix Rodriguez**
                  **21 Cr. 361 (JPO)**

Dear Judge Oetken,

     A pretrial conference in this matter is scheduled for Tuesday, March 15, 2022, at 3:30 p.m. I write now to respectfully request that the conference be adjourned for 30-days.

     Defense counsel is currently on trial in the matter of People v. Delosangeles (2681-2017) in Bronx Supreme Court, Part 29, before the Honorable Jeanette Rodriguez-Morick. It is anticipated that this homicide trial will conclude sometime during the week of March 21, 2022. Additionally, although Mr. Rodriguez met with neuropsychologist Dr. Leo Shea several times in early February, the defense is still waiting for the results of Mr. Rodriguez's competency evaluation.

     In view of the above, and in the interests of justice, the defense has no objection to the exclusion of time under the Speedy Trail Act. The Government, through AUSA Rebecca Dell has no objection to this request.

> Granted. The March 15, 2022 pretrial conference is adjourned to April 15, 2022 at 2:30 pm. The Court hereby excludes time through April 15, 2022, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
> So ordered:
> 3/14/2022

Respectfully Submitted,

/s/ *Matthew J. Kluger*
Matthew J. Kluger, Esq.

_____
J. PAUL OETKEN
United States District Judge