UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America<br><br>v.<br><br>Felix Rodriguez,<br><br>*Defendant.* | **ORDER**<br><br>21 Cr. 361 (JPO) |

WHEREAS, the defendant Felix Rodriguez has moved under 18 U.S.C. § 4241(a) for a hearing to determine the mental competency of the defendant;

WHEREAS, an examiner retained by the defendant has issued a report, dated April 9, 2022, opining that the defendant is not competent to proceed with these proceedings; and

WHEREAS, the Government has requested that the Court designate another examiner, to be retained by the Government, to conduct an examination pursuant to 18 U.S.C. § 4247;

IT IS HEREBY ORDERED that (i) the defendant shall be examined by a licensed or certified psychiatrist or psychologist, to be retained by the Government, to conduct a psychiatric or psychological examination and to issue a report on the defendant's competence, (ii) that the defendant shall submit to examination(s) by the examiner, as needed by the examiner, and (iii) that the defendant shall provide to the examiner any records necessary for the examination or the preparation of the report, including records relied upon by the examiner retained by the defense.

**SO ORDERED:**

Dated: New York, New York
April 15, 2022

_____
J. PAUL OETKEN
United States District Judge