# MATTHEW J. KLUGER
## ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

July 15, 2022

> Granted.
> So ordered.
> 7/15/2022

By ECF
Hon. J. Paul Oetken
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

_____
J. PAUL OETKEN
United States District Judge

      Re:    **United States v. Felix Rodriguez**
                **21 Cr. 361 (JPO)**

Dear Judge Oetken,

      Mr. Rodriguez's current bail conditions require that he remain at home on electronic monitoring without prior approval from his Pretrial Officer and that any travel be limited to the Southern and Eastern Districts of New York. The defense writes now, with the consent of AUSA Rebecca Dell and PTSO Josh Rothman, to respectfully request that the Court permit Mr. Rodriguez to attend his nephew's graduation party this Sunday, July 17, 2022, on Long Island. The affair will be held at Buttefields restaurant at 661 Old Willets Path in Hauppauge from 12:00 to 4:00 p.m.

      Thank you for the Court's consideration.

                                        Respectfully Submitted,

                                        /s/ *Matthew J. Kluger*
                                        Matthew J. Kluger, Esq.

cc:    AUSA's Rebecca Dell and Jun Xiang
       Pretrial Services Officer Josh Rothman