# MATTHEW J. KLUGER
### ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H<br>
BRONX, NEW YORK 10451<br>
(718) 293-4900 • FAX (718) 618-0140<br>
www.klugerlawfirm.com

July 18, 2022

By ECF
Hon. J. Paul Oetken
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    **United States v. Felix Rodriguez**
                **21 Cr. 361 (JPO)**

Dear Judge Oetken,

      Bail in this matter was set on March 31, 2021. As a condition of his release, Mr. Rodriguez was placed on *home detention* with location monitoring. The defendant has since been determined to be legally incompetent and is awaiting placement at a suitable facility pursuant to this Court's Order dated July 11, 2022. (See Doc. 39).

      A status conference was held in this matter on July 13, 2022. During the conference, the Government notified the Court and counsel that according to the Attorney General, it could take up to nine months for a bed to become available at a suitable medical facility. At the same time, defense counsel received an (unsolicited) letter from Megan Putman, Ph.D., Mr. Rodriguez's doctor at Mount Sinai Hospital (a copy of which has been provided to the Government and is attached hereto). Among other things, Dr. Putnam opines that the house arrest condition has been detrimental to Mr. Rodriguez's health and that Rodriguez be allowed to leave his apartment "at will for regular non-appointment excursions to facilitate improved physical and psychiatric functioning. Accordingly, the defense writes now, with the consent of the Government, to respectfully request that Mr. Rodriguez's monitoring condition be modified to *curfew* with electronic monitoring.[1]

---

[1] The defense submits that Mr. Rodriguez does not present a risk of flight and based on my discussions with his family and mental health providers, Rodriguez is not a danger to himself or others.

      Pretrial Services through Officer Josh Rothman and AUSA Rebecca Dell consent to this request.

      Thank you.

Respectfully Submitted,

_____
Matthew J. Kluger, Esq.

cc:    AUSA Rebecca Dell
        AUSA Jun Xiang
        Pretrial Services Officer Josh Rothman

> Granted.
> So ordered.
> 7/18/2022

_____
J. PAUL OETKEN
United States District Judge