UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FELIX RODRIGUEZ,<br>                          Defendant. | 21-CR-361 (JPO)<br><br>ORDER |

J. Paul Oetken, District Judge:

The C.J.A. attorney previously appointed in this case, Matthew J. Kluger, is hereby relieved as counsel, and C.J.A. attorneys Katherine Goldstein and Parvin Moyne are hereby appointed to represent the Defendant.

SO ORDERED.

Dated: October 19, 2022
       New York, New York

_____
J. PAUL OETKEN
United States District Judge