

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 28, 2022

**BY ECF**
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   **United States v. Felix Rodriguez, 21 Cr. 361 (JPO)**

Dear Judge Oetken:

On September 21, 2022, the Court set a voluntary surrender date for the defendant for December 15, 2022.

The Bureau of Prisons ("BOP") has recently informed the Government that a "suitable facility" pursuant to 18 U.S.C. § 4241(d)(1) will be available for the defendant on February 13, 2023. Accordingly, with consent of defense counsel, the Government respectfully requests that the Court adjourn the current voluntary surrender date to February 13, 2023.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:   /s/ Rebecca T. Dell
Rebecca T. Dell
Jun Xiang
Assistant United States Attorneys
(212) 637-2198 / -2289

Granted. Defendant's surrender date is hereby adjourned to February 13, 2023. Defendant shall surrender to the BOP or U.S. Marshal on February 13, 2023 by 2:00 pm.
So ordered:
  10/28/2022

J. PAUL OETKEN
United States District Judge