

**PARVIN DAPHNE MOYNE**
+1 212.872.1076/fax: +1 212.872.1002
pmoyne@akingump.com

May 26, 2023

**VIA ECF/EMAIL**
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *United States v. Rodriguez,* **21-cr-00361 (JPO)**

Dear Judge Oetken:

    We respectfully write to request a thirty-day (30) adjournment of the conference presently scheduled for May 31, 2023, until June 30, 2023, or any time thereafter that is amenable to the Court. Defense counsel requests the adjournment to provide additional time for continued negotiations with the government regarding Mr. Rodriguez's case. The government consents to this request.

    Additionally, Mr. Rodriguez consents to the exclusion of time under the Speedy Trial Act and we respectfully submit that the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

    Thank you for your attention and consideration.

> Granted. The pretrial conference is adjourned to July 6, 2023 at 11:00 a.m. The Court excludes time under the Speedy Trial Act through July 6, 2023, finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
>   So ordered.
>   5/26/23

Respectfully Submitted,

*/s/ Parvin D. Moyne*

Parvin D. Moyne
Dakota L. Kann

*Attorneys for Felix Rodriguez*

J. PAUL OETKEN
United States District Judge

One Bryant Park | New York, New York 10036-6745 | 212.872.1000 | fax: 212.872.1002 | akingump.com