

**Akin Gump**

STRAUSS HAUER & FELD LLP

**PARVIN DAPHNE MOYNE**
+1 212.872.1076/fax: +1 212.872.1002
pmoyne@akingump.com

June 29, 2023

**VIA ECF/EMAIL**
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:   *United States v. Rodriguez,* **21-cr-00361 (JPO)**

Dear Judge Oetken:

      We respectfully write to request an adjournment of the conference presently scheduled for July 6, 2023, until August 14, 2023, or any time thereafter that is amenable to the Court. Defense counsel requests the adjournment to provide additional time for continued negotiations with the government regarding Mr. Rodriguez's case. The government consents to this request.

      Additionally, Mr. Rodriguez consents to the exclusion of time under the Speedy Trial Act and we respectfully submit that the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

      Thank you for your attention and consideration.

Granted. The July 6, 2023 pretrial conference is adjourned to August 14, 2023 at 12:30 pm. The Court hereby excludes time through August 14, 2023, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.

  So ordered:  6/29/2023

Respectfully Submitted,

*/s/ Parvin D. Moyne*

Parvin D. Moyne
Dakota L. Kann

*Attorneys for Felix Rodriguez*

_____
J. PAUL OETKEN
United States District Judge